**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ZULEIKA A. ROSARIO,

                Plaintiff,                23 **CIVIL** 5826 (ER)(GRJ)

      -v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2024, the Commissioner's motion for judgment on the pleadings is GRANTED. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith; therefore, IFP status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
            August 27, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                **BY:**                    *K. Mango*

                                                     **Deputy Clerk**